428 A.2d 1342

**In re ADOPTION OF K.D.F.**

Supreme Court of Pennsylvania.

Argued April 28, 1981.

Decided May 11, 1981.

Donald F. Spry, II, Bangor, for appellant.

William R. Kendall, Stroudsburg, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

The Motion to Dismiss Appeal is denied.

The decree of the Court of Common Pleas of Monroe County, Orphans' Court Division, is affirmed. Each party to pay own costs.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.